ALBERT J. RISS, Respondent, *v.* DANIEL MESSMORE, Appellant.

(Argued December 10, 1891; decided December 23, 1891.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made February 6, 1890, which modified and affirmed as modified a judgment in favor of plaintiff, entered upon the report of a referee.

*Moody B. Smith* for appellant.

*Charles S. Miller* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

___

SPENCER KELLOGG et al., Respondents, *v.* GEORGE FARQUHAR, Jr., et al., Appellants.

(Argued December 11, 1891; decided December 23, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 1, 1889, which affirmed a judgment in favor of plaintiffs entered upon a decision of the court on trial at Circuit without a jury.

*Backus W. Huntington* for appellants.

*Spencer Clinton* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.